IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ROBERT STEVEN BELL,** : CIVIL NO. 1:CV-05-0533
    **Plaintiff** :
:
    v. :
:
**LT. GOV. CATHERINE B. KNOLL;** :
**JEFFREY A. BEARD, Ph.D.;** :
**DONALD VAUGHN;** :
**JAMES L. GRACE; KEN KYLER;** :
**SCOTT WILLIAMSON; and** :
**WILLIAM S. WALTERS,** :
:
    **Defendants** :

## MEMORANDUM AND ORDER

        Before the court is Plaintiff's motion for reconsideration of this court's order dated January 6, 2006; Plaintiff's third motion to alter and amend judgment; and Plaintiff's motion for an evidentiary hearing. The order of January 6, 2006 set forth in detail why the captioned action was dismissed and this court will not repeat its reasoning.

        It is also noted that the initial recommendation of the magistrate judge to dismiss this case was pursuant to the three strikes rule in 28 U.S.C. § 1915(g) and for Plaintiff's failure to show he was in imminent danger of bodily harm at the time of the filing of the complaint. *Abdul-Akbar v. McKelvie*, 239 F.3d 307 (3d Cir. 2001) (*en banc*). Plaintiff has been given many opportunities to do so but has yet to meet this requirement and has failed to abide by court orders.

**IT IS THEREFORE ORDERED THAT**:

1) The motions for reconsideration, to alter and amend the judgment, and for an evidentiary hearing are **DENIED**.

2) No further documents shall be filed in this case by Plaintiff without leave of court, except for a notice of appeal from this order.

3) Plaintiff must seek approval of this court to file any additional documents in the captioned action.  Documents not deemed appropriate will be returned to Plaintiff.

s/Sylvia H. Rambo  
SYLVIA H. RAMBO  
United States District Judge

Dated:  January 20, 2006.